

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>HUI FENG; LAW OFFICES OF FENG AND ASSOCIATES PC,<br><br>    Defendants-Appellants. | No. 17-56522<br><br>D.C. No.<br>2:15-cv-09420-CBM-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: LIPEZ,[*] WARDLAW, and HURWITZ, Circuit Judges.

Further proceedings in this case are stayed pending the issuance of an opinion by the United States Supreme Court in *Liu v. SEC*, No. 18-1501. The parties shall notify the court within 14 days of the Supreme Court's disposition.

**IT IS SO ORDERED.**

---

  [*] The Honorable Kermit Victor Lipez, United States Circuit Judge for the First Circuit, sitting by designation.