UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | No.    17-56522 |
| Plaintiff-Appellee, | D.C. No. 2:15-cv-09420-CBM-SS Central District of California, Los Angeles |
| v. | |
| HUI FENG; LAW OFFICES OF FENG AND ASSOCIATES PC, | ORDER |
| Defendants-Appellants. | |

Before:  LIPEZ,* WARDLAW, and HURWITZ, Circuit Judges.


The parties are directed to file supplemental briefs addressing what impact, if

any, *Liu v. Securities and Exchange Commission*, S. Ct. Dkt. No. 18-1501 (June 22,

2020), has on this case.  The briefs should also discuss whether Defendants-

Appellants have forfeited any argument with respect to *Liu*, given that they did not

seek en banc review of the panel's decision on disgorgement.  Finally, the parties

should address whether, and how, this court's precedent concerning pro se

representation impacts our review of the en banc petition.  *See Simon v. Hartford*

*Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) ("It is well established that the privilege

---

        *        The Honorable Kermit V. Lipez, United States Circuit Judge for the
First Circuit, sitting by designation.

to represent oneself *pro se* provided by § 1654 is personal to the litigant and does not extend to other parties or entities.").

The briefs should be filed simultaneously within ten days of the date of this order and should not exceed eight pages.